# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LOPEZ QUIJANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC. fka XPO LOGISTICS SUPPLY CHAIN, INC.; and DOES 1 TO 50<br><br>Defendants. | CASE NO.: 2:22-cv-01250-TJH-SHK<br><br>*Assigned to Hon. Terry J. Hatter, Jr.*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY [24]   [JS-6]** |

**ORDER GRANTING JOINT STIPULATION TO REMAND**

**ORDER**

Plaintiff Gloria Lopez Quijano's ("Plaintiff") and Defendant GXO Logistics Supply Chain, Inc. (formerly known as XPO Logistics Supply Chain, Inc.) ("Defendant") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court for Purposes of Seeking Settlement Approval Only, having come before the Court in the above-captioned matter, the Honorable Terry J. Hatter presiding, and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million and Plaintiff's contention that the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. sections 1332, 1441 or otherwise is not met, rules that the Parties joint stipulation is APPROVED.

If the Superior Court of the State of California for the County of Los Angeles does not approve the Settlement as requested by the Parties, a Judgment is not entered in the action in state court, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of the long-form settlement agreement such that the Parties will revert to the litigation of the action in this Court. In that event, either Party may notify this Court to re-initiate litigation of this action in this Court, via a stipulated removal or otherwise.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles, for purposes of seeking settlement approval.

IT IS SO ORDERED.

DATED: SEPTEMBER 5, 2023

HON. TERRY J. HATTER, JR.
U.S. DISTRICT JUDGE